JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 12503
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: jthompsonr@grsm.com

*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:21-cv-01756 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| JOHN DOE subscriber assigned IP address 68.227.56.45, | |
| Defendant. | |

Plaintiff STRIKE 3 HOLDINGS, LLC, hereby substitutes the law firm of GORDON REES SCULLY MANSUKHANI, LLP to substitute in as counsel of record in place and stead of CLARK HILL LAW FIRM.

DATED this 23rd day of December, 2021.

_____
Emilie Kennedy
As General Counsel
For Plaintiff STRIKE 3 HOLDINGS, LLC

/ / /

/ / /

/ / /

-1-

/ / /

JEREMY J. THOMPSON, ESQ., of GORDON REES SCULLY MANSUKHANI, LLP hereby accepts substitution as counsel of record for STRIKE 3 HOLDINGS, LLC, in place and stead of CLARK HILL LAW FIRM.

DATED this  28th  day of  December , 20 21.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

***Attorneys for Plaintiff Strike 3 Holdings, LLC***

## ORDER

IT IS ORDERED that ECF No. 7 is DENIED without prejudice for failure to comply with Local Rule IA 11-6(c).

**IT IS SO ORDERED**

**DATED:** 1:08 pm, December 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-2-